

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2001

at 11 o'clock and 40 min. A M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01-00157 SOM |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | [18 U.S.C. § 472] |
| vs. ) | |
| ) | |
| PATRICK K. BLANKENFELD, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

Or about June 3, 2000, in the District of Hawaii, PATRICK K. BLANKENFELD, Defendant herein, with intent to defraud, did pass and utter, a falsely made obligation of the United States, namely, one twenty dollar counterfeit U.S. note, Serial Number AB87964471D, to a taxi cab driver, in Honolulu, Hawaii, which he then knew to be falsely made and counterfeited.

All in violation of Title 18, United States Code, Section 472.

## COUNT 2

The Grand Jury further charges that:

On or about June 3, 2000, in the District of Hawaii, PATRICK K. BLANKENFELD, Defendant herein, with intent to defraud, did possess and conceal, falsely made obligations of the United States, namely, 8 counterfeit U.S. $100.00 notes, Serial Number AB09933992P, which he then knew to be falsely made and counterfeited.

All in violation of Title 18, United States Code, Section 472.

DATED: _april 26_, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
UNITED STATES ATTORNEY

_____
FIRST ASSISTANT U.S. ATTORNEY

_____
ASSISTANT U.S. ATTORNEY

United States v. Patrick K. Blankenfeld,
Cr. No. 01-_____;
Indictment