# MINUTES

CASE NUMBER:        CR 01-00157SOM

CASE NAME:          USA vs.  Patrick K. Blankenfeld

ATTYS FOR PLA:      William Shipley
                    Frank Condello (USPO)

ATTYS FOR DEFT:     Donna Gray

INTERPRETER:

---

JUDGE:    Susan Oki Mollway          REPORTER:    Debra Chun

DATE:     10/16/2007                 TIME:        9:00 - 9:15

---

COURT ACTION:   EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Patrick K. Blankenfeld present and in custody.

Defendant admits to violations nos. 1, 2, and 3; and takes no position to no. 4.

Government withdraws violation no. 4.

ADJUDGED:

Imprisonment: 8 Months.

No further supervised release imposed.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.